ACCEPTED
12-15-00273-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 3:13:13 PM
Pam Estes
CLERK

No. 12-15-00273-CR

|  |  |  |
|---|---|---|
| | § | **IN THE COURT OF APPEALS** |
| | § | |
| **Ex. Parte DAVID MARK DAVIS II** | § | **TWELFTH JUDICIAL REGION** |
| | § | |
| | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 3:13:13 PM
PAM ESTES
Clerk

### APPELLANT'S NOTICE OF CHANGE OF MAILING ADDRESS

Appellant, David Mark Davis II, files this notice of change of mailing address with the clerk of the court.

1) Appellant's current mailing address should be changed to:

**David Mark Davis II**
**PO Box 530908**
**Harlingen, Texas 78553**

2) Appellant's physical address has not changed and should remain 905 N. Loop 499, Apt. 525; Harlingen, Texas 78550.

Respectfully Submitted,

David Mark Davis II
Appellant, *Pro Se*

### CERTIFICATE OF SERVICE

I certify that at the time of filing, a copy of the foregoing Notice was served on The State of Texas through counsel of record, Mr. James Yakovsky, by email to jyakovsky@angelinacounty.net.

David Mark Davis II